# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**186**
**CA 10-01458**
PRESENT: SCUDDER, P.J., CENTRA, CARNI, SCONIERS, AND GORSKI, JJ.

---

IN THE MATTER OF DEMAR MATHIS,
PETITIONER-RESPONDENT,

                V                               ORDER

NEW YORK STATE DEPARTMENT OF CORRECTIONAL
SERVICES, RESPONDENT-APPELLANT.
(APPEAL NO. 1.)

---

ANDREW M. CUOMO, ATTORNEY GENERAL, ALBANY (FRANK BRADY OF COUNSEL),
FOR RESPONDENT-APPELLANT.

-----------------------------------------------------------------------------------------------------

     Appeal from a judgment (denominated decision and order) of the
Supreme Court, Erie County (John L. Michalski, A.J.), entered
September 17, 2009 in a proceeding pursuant to CPLR article 78. The
judgment granted the petition.

     It is hereby ORDERED that said appeal is unanimously dismissed
without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d
985).

Entered: February 18, 2011                     Patricia L. Morgan
                                             Clerk of the Court